```
1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
2
                                          Civil Action
3                                         No. 02-12106-WGY

4    * * * * * * * * * * * * * * * * * * **
     NEIL HOWARD, HEIDI HOWARD and           *
5    CHRISTOPHER HOWARD, a minor,            *
     ETHAN HOWARD, a minor, JESSICA          *
6    HOWARD, a minor, by and through their   *
     parents and Next Friends Neil Howard and *
7    Heidi Howard and FAITH HOWARD, a        *
     deceased minor, by and through the      *
8    executors and parents Neil Howard and   *
     Heidi Howard,                           *
9                                            *
                Plaintiffs,                  *
10                                           *
     v.                                      * MOTION HEARING
11                                           *
     BARBARA MALAC, PAIGE HALEY,             *
12   JUDY BELAND, MARY ELLEN                 *
     D'INTINO, CYNTHIA PRESTON,              *
13   ELIZABETH CZARNIONKA,                   *
     KATHERINE GRAVES, NANCY                 *
14   GINGRAS, ZEVORAH BAGNI, and             *
     MARGARET HAJJAR,                        *
15                                           *
                Defendants.                  *
16   * * * * * * * * * * * * * * * * * * **
                BEFORE:  The Honorable William G. Young,
17                       District Judge

18   APPEARANCES:

19
            GREGORY A. HESSION, ESQ., 99 Forest Park Avenue,
20       Esq.), Springfield, Massachusetts 01108-1631, on behalf
         of the Plaintiffs
21
            MORRISON, MAHONEY & MILLER, LLP (By Tory A.
22       Weigand, Esq.), 250 Summer Street, Boston,
         Massachusetts 02210-1181, on behalf of Margaret Hajjar
23
                                          1 Courthouse Way
24                                        Boston, Massachusetts

25                                        June 3, 2004
```